October 11, 2015

<u>Docketing Statement</u>

FILED
OCT 19 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

<u>Melody Ann Epperson</u>
TDCJ-ID #2016536
Woodman Unit
1210 Coreyell City Rd.
Gatesville, Tx 76528

RE: Case # 07-15-00384-CR
     Trial Court Case # 8645

Style: Melody Ann Epperson v. The State of Texas

① I, the appellant, do not have an attorney. I am indigent and am filing Pro Se!

② a.) My name is Melody Ann Epperson. No attorney.

b.) The notice of appeal was filed on September 23, 2015. The court clerk was notified via e-mail.

c.) The trial court is; The 223rd District Court; Gray County, Texas; Honorable Judge Phil N. Vanderpool presiding

d.) The judgement was imposed on August 25, 2015.

e.) No motions for a new trial were filed.

f.) The offense and date are: Tamper W/Govern Record Defraud / Harm November 12, 2007

73990600

g.) The defendant's plea was: guilty
h.) Trial was non-jury.
i.) The punishment assessed: Fourteen (14) months confinement State Jail Division, TDCJ
j.) Appeal is not from a pretrial order.
k.) Appeal does not involve the validity of a statute, ordinance, or rule.
l.) A reporter's record is requested. Unknown if trial was electronically recorded.
m.) Court reporter's name is unknown.
n.) ① No motion or affadavit of indigence has been filed yet.
  ② No hearing
  ③ No order(s)

Sincerely,

Melody Ann Epperson #2016536

*Melody Ann Epperson*

(Pro Se')

October 11, 2015

Melody Epperson #20165536
Woodman Unit
1210 Coryell City Rd.
Gatesville, Tx
76528

Legal

Court of Appeals
7th District of Texas
P.O. Box 9540
Amarillo, Tx
79105-9540

AUSTIN TX 787
RIO GRANDE DISTRICT
14 OCT 2015 PM 2 L

